-------------------------------------------------X

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

               Plaintiff,    **07 CV 3675**

   - against -            CIVIL COMPLAINT
                     IN ADMIRALTY

ANDERSON INTERNATIONAL
GLOBAL, LLC, a/k/a
WORLDWIDE PAPER CO.,

               Defendant.

RECEIVED
MAY 0 9 2007
U.S.D.C. S.D.N.Y.
CASHIERS

-------------------------------------------------X

     Plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO., in personam, in a cause of action civil and maritime, alleges upon information and belief:

     1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 24 of the Bill of Lading.

     2. At all times hereinafter mentioned, plaintiff ZIM INTEGRATED SHIPPING SERVICES, INC. was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 5801 Lake Wright Drive, Norfolk, VA 23502.

     3. Upon information and belief and at all times hereinafter mentioned, defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO. was and still is a corporation organized and existing under the laws of the State of Illinois, with offices and a place of business at 60-B West Terra Cotta Ave., #234, Crystal Lake, IL 60014, with an agent for service of proces at Law Offices of Andrew Sagartz, 1880 W. Winchester Road, Suite 206, Libertyville, IL

60048.

4. On or about March 6, 2006, defendant delivered to plaintiff four forty-foot containers SAID TO CONTAIN: WASTE PAPER, for the purpose of having the goods carried from New York to Ningbo, China by plaintiff.

5. The goods were carried by plaintiff to Ningbo, discharged from the Vessel, and the ocean freight and related charges under B/L ZIMUORF34605 were paid by defendant to plaintiff.

6. After discharge of the cargo, the consignee failed to pick-up the goods, which remained at the port of Ningbo.

7. Customs in Ningbo required that plaintiff return the shipment to the port of loading.

8. Defendant was notified of the Custom Order that plaintiff return the cargo to the port of loading, and was requested by ZIM to advise if another disposition of defendant's goods was requested.

9. Defendant has failed to respond to plaintiff's requests.

10. On or about July 12, 2006, plaintiff, on orders from Customs in Ningbo, loaded the cargo on the Vessel ZIM CALIFORNIA for return to the port of loading, and issued B/L ZIMUNGB703216, and Freight Corrector, totalling $16,059.00 for the return trip to the port of loading as ordered by Ningbo Customs (Exhibit A – 3 pages).

11. The cargo was returned to New York, discharged from plaintiff's Vessel, and remains at the port.

12. Plaintiff has performed all duties and obligations required to be performed by plaintiff.

13. Defendant has failed and refused and continues to fail and to refuse to remit the $16,059.00 due, although duly demanded.

14. By reason of the foregoing, plaintiff has sustained damages in the amount of $16,059.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with

interest thereon from the date due, costs, disbursements, and a reasonable

attorney's fee.

      2.  That process in due form of law according to the practice of this

Court in cases of admiralty and maritime jurisdiction may issue against the defendant

citing it to appear and answer all the singular matters aforesaid.

      3.  That plaintiff have such other and further relief in the premises as in

law and justice it may be entitled to receive.

Dated:  New York, New York
        May 8, 2007

                    LAW OFFICES OF
                    ALBERT J. AVALLONE & ASSOCIATES

                    By_____
                        Albert J. Avallone - AA1679
                        Attorneys for Plaintiff
                        ZIM AMERICAN INTEGRATED
                         SHIPPING SERVICES, INC.
                        551 Fifth Avenue, Suite 1625
                        New York, NY  10176
                        (212) 696-1760

**BILL OF LADING**

**ZIM INTEGRATED SHIPPING SERVICES LTD**

**ZIM CONTAINER SERVICE**

EXHIBIT "A"

**Goodo Diane**

| | |
|---|---|
| From: | Chen Wina |
| Sent: | Thursday, January 25, 2007 7:51 PM |
| To: | Coffin Frank Ying David; IMFRT(ZIMCSC ORF); AR(ZIMFIN-ORF); ARTP(ZIMFIN-ORF) |
| Cc: | Shi Nevir; Rer Binquan; Meng Alex; Wilson Renee; Lang Deanna; Boston Sheona |
| Subject: | RE: Subject MNF.CORR ZCF/17E, CNNGB 703218 F |

Subject: NF/CORR ZCF/17E, CNNGB 703218 F

DEAR SIRS OR MALAM,
THIS MSG. CORR BASED ON ZCS-6(CORR).
THE CITY ANEWS/
BYE

RE-MANIFEST CORRECTION : ALEX FOR CORRECTOR NO. ZCS-15/2007  26/01/2007
------------------------    ------------------------------

VESSEL    : ZCU,147/8    SAILING: 03/12/06
STRATCH   : CNNGB-USNYF-USNYF
B/L       : ZIMUXG703218
            ------------------------------    ------------------------

SHIPPER   : QINGDAO NTESGBOSH IMP AND EXP CO.,LTD
CONSIGNEE : WORLDWIDE PAPER CO.
NOTIFY    : WORLDWIDE PAPER CO.

DESCRIPTION OF GOODS:
---------------------
S,D,R,C 145RTT MIX PAPER WA MIX PAPER AA

CONTAINER DETAILS:
------------------

| CONTAINER | SC | SEAL | QTY | PKGS | WEIGHT | MEASUR. |
|---|---|---|---|---|---|---|
| TEMU5789474 | HC | J1087082 | 37 | RLL | 20882.00 | 88.000 |
| JESU4301194 | HC | J1047096 | 36 | RLL | 22292.00 | 88.000 |
| JES1J673671 | HC | J4077590 | 36 | RLL | 20583.00 | 88.000 |
| JCEJ6938091 | HC | J4077199 | 28 | RLL | 23884.00 | 88.000 |
| | | TOTAL | 143 | | 86061.00 | 272.000 |

FREIGHT + CHARGES:
------------------

| STMNT | CHARGE | CCY | PREPAID | COLLECT |
|---|---|---|---|---|
| 001 | ACTUAL/MINIMUM FREIGHT | DL | 0.00 | 4412.00 |
| 577 | PANAMA CANAL SURCHARGE | DL | 0.00 | 768.00 |
| 416 | DESTINATION (DDGL) DELI | DL | 0.00 | 4620.00 |
| 570 | PEAK SEASON CHARGE | DL | 0.00 | 1800.00 |
| 515 | SECURITY SURCHARGE | DL | 0.00 | 24.00 |
| 613 | TERR-INTERNATIONAL SHIP | DL | 0.00 | 24.00 |
| | | | 0.00 | 0.00 |
| | TOTAL | DL | 0.00 | 13249.00 |
------------------    ----------------------    --------------

MANIFEST SHOULD TO READ AS BELOW :-
-----------------    --------------


SHIPPER   : QINGDAO KINGBOSS IMP AND EXP CO.,LTD

```
NSIGNEE : [illegible] PAPER CO.
[illegible] : [illegible]

SCRIPTION OF GOODS:
------------------
[illegible] MIX PAPER [illegible] PAPER [illegible]

NTAINER DETAILS:
----------------

NTAINER     SC     SEAL           QTY  PKGS     WEIGHT    MEASUR.
--------    --                    ---  ----     ------
[illegible]  [illegible]  [illegible]  37  [illegible]  22950.00   68.000
[illegible]  [illegible]  [illegible]  36  BLL  [illegible]   68.000
[illegible]  [illegible]  [illegible]  34  BLL  20549.00   68.000
[illegible]  [illegible]  [illegible]  38  BLL  23034.00   68.000
                      TOTAL         145         [illegible]  272.000

REIGHT - CHARGES:
-----------------

[illegible]   CHARGE                    CUR      PREPAID   COLLECT
-----    ------                    ---      -------
[illegible]   [illegible] MINIMUM [illegible]   [illegible]   0.00   [illegible]
[illegible]   PANAMA CANAL SURCHARGE    [illegible]   0.00   [illegible]
[illegible]   DESTINATION [illegible]   [illegible]   0.00   4820.00
[illegible]   PEAK SEASON CHARGE        [illegible]   0.00   1800.00
[illegible]   SECURITY SURCHARGE        [illegible]   0.00     25.00
[illegible]   ISPS INTERNATIONAL SHIP   [illegible]   0.00     24.00
[illegible]   ADDITIONAL OCEAN FREIGHT  [illegible]   0.00   2810.00
              TOTAL                     [illegible]   0.00  16039.00

MARK:  OFT AMENDED

[illegible]   CUR  OVERCHARGE    UNDER CHARGE
[illegible]
[illegible]     [illegible]      0.00        [illegible]

TOTAL :     [illegible]      0.00        [illegible]

[illegible]
[illegible]

-----Original Message-----
om: The, Wina
nt: Tuesday, January 16, 2007 [illegible] AM
: [illegible] Frank; Ying David; [illegible]; [illegible]; [illegible]
: [illegible] Kevin; [illegible]; [illegible] Alex; Wilson [illegible]; Lang Deanna; [illegible]
bject: RE: [illegible] CONCP [illegible]

EAR [illegible]
R OFT AMENDED
KS

[illegible] MANIFEST CORRECTOR TELEX FOR CORRECTOR NO. [illegible] 6/2007 16/01/2007
   -----------------        ---------------------        ----------

SSEL     : [illegible]     SAILED: 07/12/06
IGNATOR  : [illegible]
[illegible] : [illegible]
 .   ----------------     -----------------     -----------------
```