JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ZIM AMERICAN INTEGRATED SHIPPING
SERVICES, INC.,

v.

ANDERSON INTERNATIONAL GLOBAL, LLC,
a/k/a WORLDWIDE PAPER CO.,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x



**07 CV 3675**

CASE NO.

RECEIVED
MAY 09 2007
U.S.D.C. S.D. N.Y.
CASHIERS

PURSUANT TO RULE 7.1 [FORMERLY LOCAL GENERAL RULE 9] OF THE LOCAL

RULES OF THE US DISTRICT COURT FOR THE SOUTHERN AND EASTERN

DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF

THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE

UNDERSIGNED COUNSEL FOR ___Zim American Integrated Shipping Services,___

(A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING

ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY

WHICH ARE PUBLICLY HELD.

        Associated Marine Charterers, Inc.
        Zim Savannah Terminals, Inc.

DATE: ___5-8-07___

SIGNATURE OF ATTORNEY

Albert J. Avallone - AA1679

FORM SDNY-9
WEB 4/99