# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Index No. 06 CV 2803

Plaintiff:
ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC.,
Vs.
Defendant:
ANDERSON INTERNATIONAL GLOBAL, LLC d/b/a WORLDWIDE PAPER COMPANY, ET AL.

Served on ANDERSON INTERNATIONAL GLOBAL LLC, d/b/a WORLDWIDE PAPER COMPANY, C/O AGENT FOR SERVICE OF PROCESS : LAW OFFICES OF ANDREW SAGARTZ, 1880 W. WINCHESTER RD. # 206 LIBERTYVILLE, IL 60048.

I, Roger D. Burton, being duly sworn, depose and say that on the 17th day of May, 2007 at 11:30 a.m. I:

CORPORATE: served the within-named corporation by delivering a true copy of the Summons in a Civil Case and Amended Civil Complaint in Admiralty to: ALEJANRO CARDONA as LEGAL ASSISTANT a person authorized to accept service and informed that person of the contents thereof.

Description of Person Served: Age: 25, Sex: M, Race/Skin Color: Hispanic, Height: 5'8", Weight: 175, Hair: Black.

I certify that I was appointed by the Court to serve process in the above mentioned cause or I am a registered Employee of an Illinois licensed detective agency. Department of Professional Regulation number 117-0013211.

Roger D. Burton
Process Server