2-751165
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

              Plaintiff,

   - against -

ANDERSON INTERNATIONAL
GLOBAL, LLC, a/k/a WORLDWIDE
PAPER CO.,

              Defendant.
------------------------------------------------------------X

07 CIV. 3675 (BSJ)

MOTION FOR ENTRY
OF JUDGMENT BY
DEFAULT

PLEASE TAKE NOTICE that upon the affidavits of Albert J. Avallone, Esq., with Exhibits annexed thereto and Adrienne James, and upon all prior papers and proceedings herein, plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC. will move this Honorable Court at the United States District Court for the Southern District of New York, 500 Pearl St., New York, NY, before the Hon. Barbara S. Jones, D.J., in a Courtroom and at a time to be set by the Court, for the entry of judgment by default in favor of plaintiff and against defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO. due to defendant's failure to respond to the Complaint, pursuant to Fed.R.Civ.P. 12.

Dated: New York, New York
         August 16, 2007

                      LAW OFFICES OF
                      ALBERT J. AVALLONE & ASSOCIATES

                      By_____
                      Albert J. Avallone - AA1679
                      Attorneys for Plaintiff
                      ZIM AMERICAN INTEGRATED
                      SHIPPING SERVICES, INC.
                      551 Fifth Avenue, Suite 1625
                      New York, NY 10176
                      (212) 696-1760

AFFIDAVIT OF SERVICE BY MAIL

CITY OF NEW YORK        )
STATE OF NEW YORK       ) SS:
COUNTY OF NEW YORK      )

Albert J. Avallone, being duly sworn, deposes and says that he is a member of the Law Offices of Albert J. Avallone & Associates, attorneys for plaintiff herein.

That on the 16th day of August, 2007, he served the within

Motion for Entry of Judgment by Default

upon the following:

> Anderson International Global, LLC
> a/k/a Worldwide Paper Co.
> c/o Law Offices of Andrew Sagartz
> 1880 W. Winchester Road, Suite 206
> Libertyville, IL 60048

by depositing (a) true copy(ies) of the same securely enclosed in (a) postpaid wrapper(s) in a Post Office Box regularly maintained by the United States Government at 551 Fifth Avenue, New York, NY 10176, directed to the above mentioned individual(s) at his (their) respective address(es) above, that (these) being the address(es) within the State designated by him (them) for that purpose upon the preceeding papers in this action or the place where he (they) then kept an office, between such places, there then was and now is a regular communication by mail.

Deponent is over the age of 18 years.

_____

Sworn to before me this
16th day of August, 2007

_____

DOROTHY C. MERITE
Notary Public, State of New York
No. 31-4961597
Qualified in New York County
My Commission Expires 2/22/10