--------------------------------------------------X

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                      Plaintiff,

    · against ·

ANDERSON INTERNATIONAL
GLOBAL, LLC, a/k/a WORLDWIDE
PAPER CO.,

                     Defendant.

--------- · --------------------------------------X

07 Civ. 3675 (JONES)

**AFFIDAVIT**

STATE OF VIRGINIA      )
                     ) ss:
INDEPENDENT CITY     )

       ADRIENNE JAMES, being duly sworn, deposes and says:

       1. I am the Manager of Credit and Collections for ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC., the plaintiff in the referenced matter. As such, I am personally familiar with the facts and circumstances herein, and I make this affidavit in support of ZIM's Motion for Final Judgment by Default against defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO.

       2. ZIM's records show that defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO. was the consignee and receiver of goods carried on plaintiff's Vessels, and is the party responsible to remit the ocean freight and related charges due as set forth in the Complaint. Such charges are true and accurate pursuant to ZIM's published tariff, are the responsibility of defendant ANDERSON INTERNAITONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO.

WHEREFORE, plaintiff prays for the entry of judgment by default against defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO.

Dated: Norfolk, Virginia
August 9, 2007

_Adrienne James_
Adrienne James

Sworn to before me this
15th day of August, 2007

_Christine V. Clione_
Notary Public

# 191479

My commission expires Jan. 31, 2010

SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ZIM AMERICAN INTEGRATED                         07 CIV. 3675 (BSJ)
SHIPPING SERVICES, INC.,

                    Plaintiff,                 AFFIDAVIT FOR
      - against -                          JUDGMENT BY
                                          DEFAULT

ANDERSON INTERNATIONAL
GLOBAL, LLC, a/k/a WORLDWIDE
PAPER CO.,

                    Defendant.
-----------------------------------------------------------X

STATE OF NEW YORK     )
                        ) SS.:
COUNTY OF NEW YORK  )

      ALBERT J. AVALLONE, being duly sworn, deposes and says:

      1. I am a member of the Bar of this Court and am a member of the firm of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff in the above entitled action, and I am familiar with all the facts and circumstances in this action.

      2. I make this affidavit in support of plaintiff's application for the entry of a default judgment against defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO.

      3. This is an action to recover unpaid ocean freight owed by defendant to plaintiff for the transportation of certain goods of the defendant by the plaintiff.

      4. Jurisdiction of the subject matter of this action is based on maritime jurisdiction.

      5. This action was commenced by the filing of a Summons and Complaint. A copy of the Summons and Complaint was served on defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO. on May 17, 2007 by personal service on Andrew Sagartz, Agent, and a proof

of service was filed. The defendant has not answered the Complaint and the time

for the defendant to answer the Complaint has expired.

6. This action seeks judgment for the liquidated amount of $16,059.00

plus interest at 6% from July 12, 2006, as shown by the annexed Statement, which

is justly due and owing, and no part of which has been paid except as therein set

forth.

7. The disbursements sought to be taxed have been made in this

action or will necessarily be made or incurred herein.

WHEREFORE, plaintiff requests the entry of Default and the entry of

the annexed Judgment against defendant.

Dated:  New York, New York
       August 16, 2007

_____
ALBERT J. AVALLONE

Sworn to before me this
16th day of August, 2007

_____
Notary Public

DOROTHY C. MERITE
Notary Public, State of New York
No. 31-4901997
Qualified in New York County
My Commission Expires

-------------------------------------------------------X

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                            07 CIV. 3675 (BSJ)

               Plaintiff,

    - against -

ANDERSON INTERNATIONAL
GLOBAL, LLC, a/k/a WORLDWIDE
PAPER CO.,

              Defendant.
-------------------------------------------------------X

STATE OF NEW YORK    )
                      ) SS.:
COUNTY OF NEW YORK  )


        ALBERT J. AVALLONE, being duly sworn, deposes and says:

        I am a member of the Bar of the Court and am a member of the firm

of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff. As

such, I am familiar with the facts and circumstances in the above entitled action.

        Jurisdiction of plaintiff's claim is based upon maritime jurisdiction.

        In my opinion, this Court has jurisdiction over the person and subject

matter of this action.

Dated: New York, New York
      August 16, 2007

                                   ALBERT J. AVALLONE

Sworn to before me this
16th day of August, 2007

    Notary Public

DOROTHY C. MERITE
Notary Public, State of New York
No. 31-4951997
Qualified in New York County
My Commission Expires _____