2-751165

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ZIM AMERICAN INTEGRATED            07 CIV. 3675 (BSJ)
SHIPPING SERVICES, INC.,

            Plaintiff,            STATEMENT

   - against -

ANDERSON INTERNATIONAL
GLOBAL, LLC, a/k/a WORLDWIDE\
PAPER CO.,

           Defendant.
----------------------------------------------------------X

Principal Amount Sued For:

1. On the First Cause of Action ........................... $16,059.00
   Interest at 6% from July 12, 2006
   through August 16, 2007 ................................ $1,055.93

Disbursements:

1. Clerk's Fee ............ $350.00
2. Process Server .... $195.00

Total (as of February 11, 2004) ............................ $17,659.93

Dated: New York, New York
       August 16, 2007

                      LAW OFFICES OF
                      ALBERT J. AVALLONE & ASSOCIATES

                      By _____
                      Albert J. Avallone - AA1679
                      Attorneys for Plaintiff
                      ZIM AMERICAN INTEGRATED
                      SHIPPING SERVICES, INC.
                      551 Fifth Avenue, Suite 1625
                      New York, NY 10176
                      (212) 696-1760