2-751165

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES. INC.,

                        Plaintiff,

        - against -

ANDERSON INTERNATIONAL
GLOBAL, LLC, a/k/a WORLDWIDE
PAPER CO.,

                        Defendant.
-----------------------------------------------------------X

07 CIV. 3675 (BSJ)

CLERK CERTIFICATE

       I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the Summons and Complaint herein were filed on May 9, 2007, and that defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO. was served with copies of the Summons and Complaint on May 17, 2007 by personal service on Andrew Sagartz, Agent. I further certify that the docket entries indicate that the defendant has not filed an answer to the Complaint herein, and that the time to answer the Complaint has expired. The default of the defendant is hereby noted.

Dated: New York, New York
          August 30, 2007

                                    J. Michael McMahon
                                    Clerk
                             By: J. Ferrari
                                  Dep. Clerk