UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                        Plaintiff,                        07 CIV. 3675 (BSJ)

                                                                          DEFAULT JUDGMENT

    - against -

ANDERSON INTERNATIONAL
GLOBAL, LLC, a/k/a WORLDWIDE
PAPER CO.,

                        Defendant.
----------------------------------------------------------X

        This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO. on May 17, 2007 by personal service on Andrew Sagartz, Agent, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

        Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

        ORDERED, ADJUDGED AND DECREED that the plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC. have judgment against defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO. in the liquidated amount of $16,059.00. with interest at 6% from July 12, 2006 amounting to $1,055.93, plus the costs and disbursements of this action in the amount of $545.00, amounting in all to $17,659.93.

Dated: New York, New York
          February      , 2004

                                                        _____
                                                              U.S.D.J.